**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **CIC, LLC**<br>**(A Maryland Limited Liability Company)**<br>**7707 Delano Road**<br>**Clinton, MD 20735** | |
|     *Plaintiff,* | |
| **v.** | **Case No. 1:18-cv-697** |
| **LIBERTY MUTUAL INSURANCE**<br>**COMPANY**<br>**(A Massachusetts Company)**<br>**175 Berkeley Street**<br>**Boston, MA 21202**<br>**SERVE: Maryland Insurance**<br>    **Commissioner, Resident Agent**<br>    **200 Saint Paul Place**<br>    **Suite 2700**<br>    **Baltimore, MD 21202** | |
|     ***Defendant.*** | |

## COMPLAINT

Plaintiff, CIC, LLC ("CIC"), by counsel, hereby sues Defendant, Liberty Mutual

Insurance Company ("Liberty Mutual"), and for cause states as follows:

### Jurisdiction

1.      CIC is a limited liability company organized and existing under the laws of the

State of Maryland, with its principal place of business in Prince George's County, Maryland.

2.      Upon information and belief, Liberty Mutual is a corporation organized and

existing under the laws of the State of Massachusetts, with its principal place of business in

Boston, Massachusetts.

1

3.      Liberty Mutual is a commercial surety company that issues, among other things, payment and performance bonds for public construction projects.

4.      Liberty Mutual is authorized to transact business in Maryland.

5.      Jurisdiction is proper under 28 U.S.C.A. § 1332, as the amount in controversy exceeds the sum of $75,000, and this action is between citizens of different States.

6.      Venue is proper pursuant to 28 U.S.C.A. § 1391 as the construction project which is the subject of this Complaint is located in Aberdeen, Maryland.

**Background Facts**

7.      Meltech Corporation, Inc. ("Meltech") was a subcontractor on a US Army Corps of Engineers construction project referred to as "Repair Building B3071" (the "Project"), located in Aberdeen, Maryland.

8.      Liberty Mutual, as surety, and Meltech as principal, posted Payment Bond No. 017-163-925 (the "Bond") for the Project.

9.      A copy of the Bond is attached hereto as **Exhibit 1** and is incorporated by reference herein.

10.     Under the Bond, the Liberty Mutual bound itself in the amount of $6,387,114.00, upon the condition that Meltech promptly make payments to all persons, including lower-tier subcontractors, for supplying labor and material used in the performance of Meltech's subcontract on the Project.

11.     Meltech and CIC entered into a subcontract to perform certain portions of Meltech's work on the Project (the "Subcontract").

12.      Pursuant to the Subcontract, CIC agreed to furnish certain framing and drywall labor and materials to the Project for a subcontract price of $562,000, subject to additions and deletions for additional work.

13.      CIC provided labor and materials to the Project in good faith and in a good and workmanlike manner.

14.      The total value of the labor and materials furnished by CIC was $214,155.00.

15.      Meltech has failed to make payment to CIC for all of the labor and materials CIC provided to the Project. The total amount unpaid by Meltech is $101,755.50.

16.      CIC's Application and Certificate for Payment Nos. 2 and 3, representing CIC's unpaid labor and materials are attached hereto as **Exhibit 2** and are incorporated by reference herein.

17.      On or about June 8, 2017, and again on July 10, 2017, CIC gave notice of its Bond claim to Liberty Mutual, and to date payment has not been received.

18.      Liberty Mutual acknowledged receipt of CIC's Bond claim by letter dated August 27, 2017.

19.      To date, the sum of $101,755.50 remains due and owing to CIC for the labor and materials provided by CIC to the Project (the "Bond claim").

## COUNT I
### (Action on Payment Bond)

20.      CIC adopts and incorporates by reference paragraphs 1 through 19 as if fully set forth herein.

21.      Under the terms of the Bond, the Liberty Mutual is liable to CIC for all unpaid amounts which CIC is due for labor performed and materials furnished to the Project.

22.     CIC has complied with all conditions precedent for recovery under the Bond, except where same may have been waived, prevented, or excused by Liberty Mutual.

23.     Despite demand for payment, Liberty Mutual has failed and refused to pay CIC for the labor and materials provided to the Project.

24.     Liberty Mutual has breached the terms of the Bond by failing and refusing to pay the Bond claim to CIC.

25.     As a direct and proximate result of Liberty Mutual's breach, CIC has suffered damages in the amount of $101,755.50.

WHEREFORE, Plaintiff, CIC, LLC, hereby requests that judgment be entered in its favor and against Defendant, Liberty Mutual Insurance Company, in the amount of $101,755.50, plus pre-judgment interest, and costs of this action.

Respectfully submitted,

Dated: March 8, 2018                          **SPENCE & BECKER, LLC**

By: /s/ Donald H. Spence, Jr.
    Donald H. Spence, Jr., Esq. (Bar No. 04841)
    dspence@spencebeckerlaw.com
    Charissa M. Lomonico, Esq. (Bar No. 20098)
    clomonico@spencebeckerlaw.com
    814 W. Diamond Ave., Suite 320
    Gaithersburg, MD 20878
    (301) 537-5991
    (301) 560-5767 (fax)

    *Attorneys for Plaintiff CIC, LLC*